JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

J.L. BOYD,

      Plaintiff,

v.

ALEX VARGAS *et al.*,

      Defendants.

Case No.: 2:24-cv-5708-CBM-KS

**JUDGMENT**

    Consistent with the Court's Order re: Defendants' Motion for Summary Judgment, judgment is entered in favor of Defendant Jose Gomez and against Plaintiff J.L. Boyd.

DATED: June 9, 2026.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1